UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

MICHAEL DEWAYNE GARCIA,

Inmate ID Number: 9703954016l,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:23cv24014-LC-HTC
*(To be filled in by the Clerk's Office)*

v.

JEFF BERGOSH ESCAMBIA

COUNTY COMMISSONERS,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

JEFF BERGOSH                    /

**Jury Trial Requested?**
☑ YES  ☐ NO


FILED USDC FLND PN
SEP 25 '23 PM5:01

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: MICHAEL DEWAYNE GARCIA  ID Number: 9703954061

List all other names by which you have been known: "Mike"

Current Institution: ESCAMBIA COUNTY SHERIFF DEPARTMENT

Address: 1700 WEST LEONARD STREET PENSACOLA FLORIDA

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: JEFF BERGOSH

   Official Position: ESCAMBIA COUNTY COMMISSIONERS

   Employed at: ESCAMBIA COUNTY COMMISSIONERS OFFICE

   Mailing Address: 221 Palafox Plaza Pensacola FLORIDA 32502

   ☐ Sued in Individual Capacity   ☑ Sued in Official Capacity

2. Defendant's Name: <u>CASKEY, CAMERON TAYL</u>

   Official Position: <u>Reporting Officer</u>

   Employed at: <u>ESCAMBIA COUNTY SHERIFFS OFFICE</u>

   Mailing Address: <u>1700 WEST LEONARD STREET</u>
   <u>PENSACOLA, FLORIDA</u>

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)  ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee    ☐ Civilly Committed Detainee

☐ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other *(explain below)*:

Pre-trial Detainee for estamated 14 months at this time.

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

THE COUNTY HAS BEEN NOTIFIED AND PUBLICLY ANNOUNCED ON LOCAL AND STATE NEWS AND MEDIA THAT THE ESCAMBIA COUNTY JAIL WAS TO BE CONDEMNED AND DEMO ON MY MAIN COMPLAINT FROM "MOLD" AND NOW EXPOSURE TO ALL. ALSO THEY SHOULD BE HELD LIABLE FOR 1.) OVERCROWDED 2 MEN CELLS. 2.) Poor FACILITY MAINTANCE "WATER AND CLIMATE" 3.) VISITATION VIOLATIONS. 4.) LACK OF NUTRIENTS. EACH OF THESE VIOLATIONS ARE ALSO TO BE SUPPORTED BY THE LACK OF MEDICAL ATTENTION AND PROPER MEDICAL ATTENTION OR DOCUMENTATION. I'VE EXSAUSTED ALL GRIEVANCES AND TOOK COMPLAINTS TO SUPERVISORS WITH NO SUCCESS. ALL THESE ARE AND HAVE CAUSED ME MEDICALLY, PHYSICALLY, MENTALLY AND EMOTIONALLY HARM 1.) MOLD WATER AND CLIMATE FAILURE, LACK OF NUTRITION AND CONFINED OVERCROWDED JAIL HAS MULTIPLE WAYS TO CONTRIBUTE TO THE HARM "US" MEDICALLY AND PHYSICALLY 2.) ALSO MENTALLY AND EMOTIONALLY DISTURBED FROM LACK OF COMMUNICATIONS) WITH MY LOVE ONES. FROM VISTATIONS NOT AVAILABLE.

**Statement of Facts Continued** *(Page 2 of 2 )*

CASKEY, CAMERON TAYL. ARRESTED ME WITHOUT JUSTIFACATION OR CONSENT. IN THE FORM OF DEFAMITORY ASSERTION EXPESSED ON NEWS AND SOCIAL MEDIA. THIS WILL EFFECT MY FEDERAL BACK GROUND CHECK FOR EMPLOYMENT IN THE FUTURE. ALSO I FEEL MY PUBLIC DEFENDER HAS NOT EXERCISED STANDARD PRACTICE OF LAW ASSISTANCE FOR MYSELF BECAUSE OF THIS CRITICISM showING CARELESSNESS FROM OFFICE. I'VE EXPERIENCED HIGHLY UNPLEASANT MENTAL ANGUISH, GRIEF AND HUMILIATION FROM THIS SITUATION. FROM BEING HUMILIATED IN PUBLIC TO LOSSING MY CHILDEN AND LOVE ONES WHILE I'VE BEEN DETAINED OVER ALLEGED CHARGES. ULTIMATELY SUFFERING INSUFFICIENT PREJUDICE AS WELL LOSSING ALL SORCES OF INCOME. ALSO ON MY INITIAL ARREST I ASKED THE ARRESTING OFFICER FOR MEDICAL ATTENTION BECAUSE OF ALMOST BEING SHOT IN THE HEAD CAUSING A INJURY TO MY EAR. AT THAT TIME I DIDN'T REALIZE I SUFFERED HEARING LOST BUT FIGURING IT OUT WHILE IN JAIL WHERE I WAS TOLD BY MEDICAL I WOULD HAVE TO WAIT UNTIL I GET OUT TO FIX IT.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

J. BERGOSH 1.) "negligence" disregaurded propper enviroment while in jail. 2.) "emotion distress" Infliction Intentionally brought towards me, and others. from leck of communications with out side love ones and friends. CASKEY TAYL. 1.) false imprisonment 2.) Slander/Libel 3.) negligence. 4.) emotional distress. 5.) Loss of income. 6.) punitive damages.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

for money request $750,000 or $2,000 a day for every day in jail. ALL ATTORNEY AND MEDICAL FEES TO BE PAID IN FULL AND ANY FUTURE MEDICAL PROCEDURES PAID AS WELL. OFFICIALS involved on both parties to make a public Applogy to plaintiff and one's effected as well.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #:_____

   Court:_____

2. Date:_____ Case #:_____

   Court:_____

3. Date:_____ Case #:_____

   Court:_____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one):*

1. Case #:_____ Parties:_____

NDFL Pro Se 14 (Rev 8/21) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

9

Case 3:23-cv-24014-LC-HTC   Document 5   Filed 09/25/23   Page 10 of 14

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☑ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

NDFL Pro Se 14 (Rev 8/21) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

10

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9-19-23 Plaintiff's Signature: *Michael D. Garcia #53*



Printed Name of Plaintiff: MICHAEL DEWAYNE GARCIA

Correctional Institution: ESCAMBI COUNTY SHERIFFS DEPARTMENT

Address: 1700 WEST LEONARD STREET PENSACOLA FLORIDA 32522

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☑ deposited in**

the prison's mail system for mailing on the $\underline{09}$ day of $\underline{19}$ ,
20$\underline{23}$ .


Signature of Incarcerated Plaintiff: _____

9703954061 Michael D. Garcia
Red 2 Blu 10B Escambia County Jail
P.O. Box 17800 Pensacola, FL. 32522



Clerk, U.S. District Court
One North Palafox St.
Pensacola, FL 32502

Mailed from the
Escambia County Jail
R2

SEP 2 5 2023