UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL DEWAYNE GARCIA,

    Plaintiff,

v.                                    Case No. 3:23cv24014-LC-HTC

JEFF BERGOSH, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 22, 2023 (ECF No. 14), recommending this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with Court orders. The Court has attempted to furnish the Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk shall close the file.

**DONE AND ORDERED** this 24th day of January, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv24014-LC-HTC